PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

FILED
Feb 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOEY CARDIEL, <br><br> Defendant. | CASE NO. 1:22-CR-00041-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 10, 2022, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

//

//

//

//

Motion to Seal Indictment                                   1

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: February 10, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 10, 2022

_____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge

Motion to Seal Indictment                    2