HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEY CARDIEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                      v.<br><br>JOEY CARDIEL,<br><br>                                Defendant. | Case No. 1:22-CR-00041-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:  January 10, 2024<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Antonio J. Pataca, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Joey Cardiel, that the status conference scheduled for October 25, 2023 may be continued to January 10, 2024.

This continuance is requested to allow time for additional defense investigation, and for further plea negotiations.

The parties agree that all time through the proposed January 10, 2024 status conference shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C.18 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the

///

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  October 18, 2023                    /s/ *Antonio J. Pataca*
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender


DATED:  October 18, 2023                    /s/ *Eric V. Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOEY CARDIEL

**ORDER**

IT IS SO ORDERED that the status conference is continued from October 25, 2023, to **January 10, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.18 §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **October 18, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE