HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOEY CARDIEL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00041-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | Date: April 15, 2024 |
| JOEY CARDIEL, | Time: 11:00 a.m. |
| Defendant. | Judge: TBD |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Antonio J. Pataca, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Joey Cardiel, that the status conference scheduled for January 10, 2024 may be vacated and a motions hearing set for April 15, 2024. Because anticipated hearings include possible motions to dismiss the case on constitutional grounds, and to suppress evidence it is requested that the hearing be set in district court.

The requested filing dates are February 19, 2024 for the filing of defense motions; March 18, 2024 for the filing of any opposition; and April 1, 2024 for the filing of any reply.

The parties agree the delay resulting from this continuance shall be excluded under the Speedy Trial Act in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation and plea

negotiations; and for the filing and ruling on any motion pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED:  January 3, 2024                /s/ *Antonio J. Pataca*
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED:  January 3, 2024                /s/ *Eric V. Kersten*
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOEY CARDIEL

## ORDER

**IT IS SO ORDERED**. The January 10, 2024 status conference is vacated and motion briefing schedule is set as follows: the motion is to be filed by February 19, 2024; opposition to be filed by March 18, 2024; and reply is due April 1, 2024. A hearing on the motions is set for **April 15, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time through the motions hearing and any ruling thereon shall be excluded for effective defense preparation and for the filing and ruling on any motion pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(H), 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 3, 2024**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE