| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | ERIC V. KERSTEN, #226429 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
|   | JOEY CARDIEL |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00041-NODJ-BAM |
| Plaintiff, | STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE; ORDER |
| v. | |
| JOEY CARDIEL, | Date: April 15, 2024 |
| | Time: 11:00 a.m. |
| Defendant. | Judge: TBD |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Joey Cardiel, that the existing motion briefing schedule may be modified, with the April 15, 2024 district court hearing date remaining unchanged. [Doc. 25.]

On January 3, 2024 a motion briefing schedule was set with motions due February 19, 2024; opposition due March 18, 2024; any reply due April 1, 2024; and the motion hearing before this court on April 15, 2024. To allow additional time for defense investigation and further attempts to reach a negotiated settlement prior to filing the parties request that the motion briefing schedule be modified with motions due March 4, 2024; opposition due April 1, 2024; and any reply due April 8, 2024. The motion hearing date will remain April 15, 2024.

1   Time has previously been excluded under the Speedy Trial Act in the interests of justice,
2 including but not limited to, the need for the period of time set forth herein for effective defense
3 preparation and investigation, plea negotiations; and for the filing of motions and the court's
4 ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  February 16, 2024   /s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  February 16, 2024   /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOEY CARDIEL

## ORDER

**IT IS SO ORDERED**. The motion briefing schedule is modified as follows: motions due March 4, 2024; opposition due April 1, 2024; and any reply due April 8, 2024. The motion hearing date will remain as set. All time through the motions hearing and any ruling thereon shall be excluded for effective defense preparation and for the filing and ruling on any motion pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **February 20, 2024**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE