PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOEY CARDIEL,<br><br>    Defendant. | CASE NO. 1:22-CR-00041-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SUPPRESSION HEARING AND ORDER THEREON** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Joey Cardiel, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On February 10, 2022, a grand jury indicted the defendant with one count under 18 U.S.C. § 922(g)(1), felon in possession of a firearm. On January 3, 2024, a motion briefing schedule was set. On February 20, 2024, the Court modified the briefing schedule with motions due March 4, 2024; oppositions due April 1, 2024; and any reply due April 8, 2024. [ECF 27] The hearing on the motions is set for April 15, 2024.

2.      On March 4, 2024, the defendant filed a Motion to Dismiss the Indictment [ECF 28], a Motion to Suppress Statements [ECF 29], and a Motion to Suppress Evidence [ECF 31]. On April 1, 2024, the United States filed oppositions to defendant's motions [ECF 33, 34, and 35].

3.      Now, the parties agree to continue the hearing from April 15, 2024, to May 13, 2024, to

1

provide defendant with reasonable time for effective preparation and for defendant to consider a pre-trial

resolution to the case.

IT IS SO STIPULATED.


Dated: April 4, 2024                          PHILLIP A. TALBERT
                                              United States Attorney


                                     By:  */s/ Cody Chapple*
                                              ANTONIO J. PATACA
                                              CODY S. CHAPPLE
                                              Assistant United States Attorney




Dated: April 4, 2024                          */s/  Eric Kersten*
                                              ERIC V. KERSTEN
                                              Attorney for Defendant,
                                              JOEY CARDIEL

2

**O R D E R**

IT IS HEREBY ORDERED for good cause shown, to provide defendant with reasonable time for effective preparation, and for defendant to consider a pre-trial resolution to the case that the hearing set for April 15, 2024 is continued to May 13, 2024.

DATED:  April 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE