PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00041-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SUPPRESSION HEARING AND ORDER THEREON** |
| JOEY CARDIEL, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Joey Cardiel, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 10, 2022, a grand jury indicted the defendant with one count under 18 U.S.C. § 922(g)(1), felon in possession of a firearm. On January 3, 2024, a motion briefing schedule was set. On February 20, 2024, the Court modified the briefing schedule with motions due March 4, 2024; oppositions due April 1, 2024; and any reply due April 8, 2024. [ECF 27] The hearing on the motions is set for April 15, 2024.

2. On March 4, 2024, the defendant filed a Motion to Dismiss the Indictment [ECF 28], a Motion to Suppress Statements [ECF 29], and a Motion to Suppress Evidence [ECF 31.] On April 1, 2024, the United States filed oppositions to defendant's motions [ECF 33, 34, and 35.]

3. On April 8, 2024, the Court ordered the suppression hearing continued to May 13, 2024,

1

to provide defendant with reasonable time for effective preparation and for defendant to consider a pre-trial resolution to the case. [ECF 37.]

4. Now, the parties agreed to continue the hearing from May 13, 2024, to May 28, 2024, to provide defendant with reasonable time for effective preparation and for defendant to consider a pre-trial resolution to the case.

5. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from March 4, 2024, through May 28, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

6.

IT IS SO STIPULATED.

Dated: April 22, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Cody Chapple*
ANTONIO J. PATACA
CODY S. CHAPPLE
Assistant United States Attorney

Dated: April 22, 2024

*/s/ __Eric Kersten____*
ERIC V. KERSTEN
Attorney for Defendant,
JOEY CARDIEL

**O R D E R**

IT IS HEREBY ORDERED for good cause shown, to provide defendant with reasonable time for effective preparation, and for defendant to consider a pre-trial resolution to the case that the hearing set for May 13, 2024, is continued to **May 28, 2024 at 8:30 am in Courtroom 5 before the District Court Judge**. The period from March 4, 2024, through May 28, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **April 23, 2024**                    /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE