ERIC V. KERESTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.om

Attorney for Defendant
Joey Cardiel.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOEY CARDIEL,<br><br>   Defendant. | No.  1:22-CR-00041-TLN-BAM<br><br>MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER |

   On November 18, 2022, Defendant Joey Cardiel. was indicted on federal charges.  CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Cardiel on January 27, 2025 in his criminal case. Mr. Cardiel was sentenced pursuant to a plea agreement on April 7, 2025.  The time for filing a direct appeal was April 25, 2025. No direct appeal was filed.  Mr. Cardiel was in custody at sentencing. The trial phase of Mr. Cardiel's criminal case has, therefore, come to an end. Having completed his representation of Mr. Cardiel, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

   Should Mr. Cardiel require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.
3  Dated: June 23, 2025                                   Respectfully submitted,

5                                                          /s/ *Eric V. Kersten*
6                                                          ERIC V. KERSTEN
                                                           Attorney for Defendant
7                                                          Joey Cardiel

**ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Joey Cardiel at the following address and to update the docket to reflect Defendant's pro se status and contact information.

JOEY CARDIEL, Reg No. 54885-048
FCI Victorville Medium II
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 5300
ADELANTO, CA   92301

**IT IS SO ORDERED.**

Dated:  June 23, 2025

                                                          Troy L. Nunley
                                                          Chief United States District Judge